**Dexter Lee NASH, Appellant,**

v.

**COBBS, Mrs., Parole Officer, East Arkansas Regional Unit, ADC; Greg Harmon, Warden, East Arkansas Regional Unit, ADC; Wheatly, Mrs., Assistant Warden, East Arkansas Regional Unit, ADC; Outlaw, Assistant Warden, East Arkansas Regional Unit, ADC; Winfrey, Mr., Parole Officer, East Arkansas Regional Unit, ADC, Appellees.**

No. 09–1800.

United States Court of Appeals,
Eighth Circuit.

Submitted: Oct. 12, 2009.

Filed: Nov. 4, 2009.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Dexter Lee Nash appeals the district court's [1] dismissal without prejudice of his 42 U.S.C. § 1983 action. Upon de novo review, *see Cooper v. Schriro,* 189 F.3d 781, 783 (8th Cir.1999) (per curiam), we agree with the district court that dismissal was proper because Nash failed to state a

[1]. The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas, adopting the report and recom-

section 1983 claim. Accordingly, we affirm. *See* 8th Cir. R. 47B.

mendations of the Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas.